**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00257-CV

**SUN TEC COMPUTER, INC., ET AL., Appellants**

**V.**

**THE RECOVAR GROUP, LLC, TAX DEBT ACQUISITION COMPANY, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00745**

## ORDER

We **GRANT** court reporter Coral L. Hough's May 23, 2014 request for extension of time

to file record and **ORDER** the reporter's record be filed no later than June 12, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE